**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>ANTHONY PHILLIP SANTANGELO<br>210 75th Ave N #4012<br>Myrtle Beach, SC  29578<br><br>DEBTOR<br><br>SS#1: XXX-XX-6931 | CHAPTER 13<br><br>CASE NO.:  07-01560-dd |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

Enclosed from the office of Joy S. Goodwin, Trustee for the above referenced case is Check No. 862971 in the amount of $478.41 representing monies designated as dividends to creditors as follows:

CREDITOR NAME:      FIRST AMERICAN INVESTMENT COLL
CLAIM #:            10
REASON FOR RETURN:  Returned Mail
AMOUNT:             $478.41

Date: October 20, 2011

/s/  Joy S. Goodwin, Chapter 13 Trustee
1813 Laurel Street
Columbia, SC 29201
Phone: (803) 779-5180
Fax:    (803) 765-0167
E-mail: pleadings@ch13trustee.net